FILED

MAY - 9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JAMES L. EPPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. Mag. No. 14-00030-DAD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SELF-SURRENDER DATE |
| v. | |
| JAMES L. EPPERSON, | DATE: June 6, 2014 |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

    Defendant, JAMES L. EPPERSON, through Chief Assistant Federal Defender Linda C. Harter, and Special Assistant United States Attorney Peter Mularczyk hereby request a four-week extension of his self-surrender date from May 9, 2014 to June 6, 2014 at 4:30 p.m.

    On March 26, 2014, this Court sentenced Mr. Epperson to the custody of the Bureau of Prisons for a term of twenty (20) days of intermittent confinement as a condition of court probation. The Court provided that Mr. Epperson would surrender for intermittent confinement every other weekend to the location designated by the Bureau of Prisons of if no location is designated, to the U.S. Marshal in Sacramento on Friday, May 9, 2014 at 4:30 p.m. This was ordered to prevent Mr. Epperson from losing his job, which does not let out until 3:30 p.m.

-1-

As of today, May 9, 2014, undersigned counsel has received no notice from the Bureau of Prisons regarding Mr. Epperson's designation. Counsel has been in recent contact with the U.S. Marshals service, which had also received no notice from Bureau of Prisons. The United States Marshals Office advised the Federal Defender's Office that Mr. Epperson would need to self-surrender by noon today so that they could process him and transfer him to the Sacramento Main Jail. They cannot process Mr. Epperson at 4:30 p.m. as provided in the Court's order.

Special Assistant United States Attorney Peter Mularczyk agrees that Mr. Epperson's self-surrender date should be extended to allow BOP sufficient time for appropriate designation and to enable the parties to return to Court to address these issues.[1]

Based on the foregoing, the parties stipulate and request that this Court extend the current self-surrender date of May 9, 2014 four weeks to June 6, 2014 at 4:30 p.m. A proposed order is attached.

Dated: May 9, 2014    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour for
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JAMES L. EPPERSON

Dated: May 9, 2014    BENJAMIN B. WAGNER
United States Attorney

/s/ Rachelle Barbour for
PETER MULARCZYK
Assistant United States Attorney

---

[1] It was Mr. Mularczyk who noticed the issue with the self-surrender time and alerted defense counsel yesterday. Mr. Epperson was planning on getting to the Marshals Office by 4:30 p.m. today to self-surrender. As soon as Ms. Harter and Mr. Chai (the attorneys who handled Mr. Epperson's case) are available they will put the matter on the Court's calendar to address these issues.

# ORDER

The self-surrender date of May 9, 2014 is vacated. Defendant, James L. Epperson, shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service on June 6, 2014 by 4:30 p.m.

Dated: 5/9/14

DALE A. DROZD
United States Magistrate Court Judge