1  BENJAMIN B. WAGNER
   United States Attorney
2  ERIC CHAI
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | 2:14-MJ-00030-DAD
12 |                       Plaintiff,  | STIPULATION AND ORDER MODIFYING MAY 9, 2014 ORDER TO SELF-SURRENDER
13 |            v.                     |
   |                                   | DATE:  June 6, 2014
14 | JAMES L. EPPERSON III,            | TIME:  3:00 p.m.
   |                                   | COURT: Hon. Dale A. Drozd
15 |                       Defendant.  |

16

17       The United States through its undersigned counsel, Eric Chai, Special Assistant United States

18 Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for the defendant, James L.

19 Epperson III, hereby request a modification of this court's May 9, 2014 order granting the defendant a

20 four-week extension of his self-surrender date.

21       On May 9, 2014, this court ordered that the defendant self-surrender on June 6, 2014 by 4:30

22 p.m. to the facility designated by the Bureau of Prisons ("BOP") or to the United States Marshals

23 Service ("USMS") office in Sacramento. To date, the BOP has not designated a facility for the

24 defendant.

25       Undersigned counsel have discussed self-surrender and release times and have agreed that the

26 defendant will surrender to the USMS no later than 3:00 p.m. on June 6, 2014 and remain in custody

27 until at least 3:00 p.m. on June 8, 2014. The defendant has been sentenced to twenty days of

28 intermittent confinement to be served on alternate weekends. Absent designation from the BOP, the

defendant will continue to self-surrender to the USMS and serve the following periods of intermittent confinement:

Surrender not later than 3:00 p.m. June 20 – Release not earlier than 3:00 p.m. June 22

Surrender not later than 3:00 p.m. July 3 – Release not earlier than 3:00 p.m. July 5

Surrender not later than 3:00 p.m. July 18 – Release not earlier than 3:00 p.m. July 20

Surrender not later than 3:00 p.m. August 1 – Release not earlier than 3:00 p.m. August 3

Surrender not later than 3:00 p.m. August 15 – Release not earlier than 3:00 p.m. August 17

Surrender not later than 3:00 p.m. August 29 – Release not earlier than 3:00 p.m. August 30

Dated:  May 27, 2014                                    BENJAMIN B. WAGNER
                                                        United States Attorney

                                                 By:    /s/ Eric Chai
                                                        ERIC CHAI
                                                        Special Assistant U.S. Attorney


Dated:  May 27, 2014                             By:    /s/ Linda Harter
                                                        LINDA HARTER
                                                        Attorney for Defendant


**ORDER**

It is hereby ordered that the defendant, James L. Epperson III, shall surrender to the facility designated by the BOP, or if not designated, the Sacramento USMS no later than 3:00 p.m. on June 6, 2014.  The defendant shall be released from custody no earlier than 3:00 p.m. on June 8, 2014.

It is further ordered that the defendant shall serve the following periods of intermittent confinement:

Surrender not later than 3:00 p.m. June 20 – Release not earlier than 3:00 p.m. June 22

Surrender not later than 3:00 p.m. July 3 – Release not earlier than 3:00 p.m. July 5

Surrender not later than 3:00 p.m. July 18 – Release not earlier than 3:00 p.m. July 20

Surrender not later than 3:00 p.m. August 1 – Release not earlier than 3:00 p.m. August 3

///

///

1     Surrender not later than 3:00 p.m. August 15 – Release not earlier than 3:00 p.m. August 17

2     Surrender not later than 3:00 p.m. August 29 – Release not earlier than 3:00 p.m. August 30

3     IT IS SO ORDERED.

4 Dated:  May 28, 2014

```
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

7 Dad1.crim
Epperson0030.stipo.modify.surrender.docx